JAP:DAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M11-970

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GEORGIA JUDINE LOWE,

        Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    VIVIAN LEE OQUENDO, being duly sworn, deposes and states that she is a Special Agent with the Drug Enforcement Agency, duly appointed according to law and acting as such.

    Upon information and belief, on or about September 28, 2011, within the Eastern District of New York and elsewhere, defendant GEORGIA JUDINE LOWE did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. On September 28, 2011, the defendant GEORGIA JUDINE LOWE arrived at John F. Kennedy International Airport in Queens, New York, aboard Caribbean Airlines flight number 524 from Georgetown, Guyana.

2. Upon arrival, the defendant GEORGIA JUDINE LOWE was interviewed by Customs and Border Protection ("CBP") officers. Following the interview, CBP examined defendant's bags. During that examination, the defendant appeared nervous. LOWE was then escorted to a private screening area for a search of her person.

3. During the personal search, CBP officers found an unusually hard object in the defendant's groin area. The defendant reached into her groin area and pulled out an oblong-shaped package. A probe of the package revealed a white powdery substance that field-tested positive for the presence of cocaine.

4. The approximate gross weight of the cocaine recovered from the defendant is 329.3 grams.

WHEREFORE, your deponent respectfully requests that the defendant GEORGIA JUDINE LOWE be dealt with according to law.

_____
VIVIAN LEE OQUENDO
Special Agent
Drug Enforcement Agency

Sworn to before me this
29th day of September, 2011
_____

DGE
K